**MILLENNIUM PACKAGING SERVICE LLC**
100 ENTERPRISE DR
CARBONDALE, PA 18407

| | |
|---|---|
| Check Date: | April 23, 2026 |
| Period Beginning: | April 06, 2026 |
| Period Ending: | April 19, 2026 |
| Voucher Number | 10256 |
| Net Pay | 1,283.10 |

**DANIELLE WORMUTH**    Employee Number    11

| | |
|---|---|
| Location | 3000 |
| Building | 100 |
| Shift | 10 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 0.00 | 80.00 | 1760.00 | 640.00 | 14080.00 |
| **Total Gross Pay** | | 80.00 | 1760.00 | 640.00 | 14080.00 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1760.00 | 25.52 | 204.16 |
| OASDI | | 1760.00 | 109.12 | 872.96 |
| PA SUI - EE | | 1760.00 | 1.24 | 9.86 |
| Carbondale C(Lackawa | | 1760.00 | 2.00 | 16.00 |
| Vandling B. | | 1760.00 | 17.60 | 140.80 |
| Pennsylvania SITW | | 1760.00 | 54.03 | 432.24 |
| Federal Income Tax | S+$50.00 | 1760.00 | 267.39 | 2139.12 |
| **Total Tax Withholding** | | | 476.90 | 3815.14 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| **No Deductions** | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| 043318092 | xxxxx3764 | 1283.10 |
| **Total Direct Deposits** | | 1283.10 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | Dollars |
|---|---|---|

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**MILLENNIUM PACKAGING SERVICE LLC**
100 ENTERPRISE DR
CARBONDALE, PA 18407

| Direct Deposit Advice | |
|---|---|
| Check Date | Voucher Number |
| April 23, 2026 | 10256 |

**\*\*\*This is not a check\*\*\***

02244 3000-100-10    11  10256  82
**DANIELLE WORMUTH**
509 CLINTON ST
VANDLING, PA 18421

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**MILLENNIUM PACKAGING SERVICE LLC**
100 ENTERPRISE DR
CARBONDALE, PA 18407

**Earnings Statement**

| | | |
|---|---|---|
| Check Date: | **May 07, 2026** |
| Period Beginning: | **April 20, 2026** |
| Period Ending: | **May 03, 2026** |

**DANIELLE WORMUTH**   Employee Number   11

| | |
|---|---|
| Location | 3000 |
| Building | 100 |
| Shift | 10 |

| | |
|---|---|
| Voucher Number | 10367 |
| Net Pay | 1,283.11 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 0.00 | 80.00 | 1760.00 | 720.00 | 15840.00 |
| **Total Gross Pay** | | **80.00** | **1760.00** | **720.00** | **15840.00** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1760.00 | 25.52 | 229.68 |
| OASDI | | 1760.00 | 109.12 | 982.08 |
| PA SUI - EE | | 1760.00 | 1.23 | 11.09 |
| Carbondale C(Lackawa | | 1760.00 | 2.00 | 18.00 |
| Vandling B. | | 1760.00 | 17.60 | 158.40 |
| Pennsylvania SITW | | 1760.00 | 54.03 | 486.27 |
| Federal Income Tax | S+$50.00 | 1760.00 | 267.39 | 2406.51 |
| **Total Tax Withholding** | | | **476.89** | **4292.03** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| **No Deductions** | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| 043318092 | xxxxx3764 | 1283.11 |
| **Total Direct Deposits** | | **1283.11** |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | Dollars |
|---|---|

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**MILLENNIUM PACKAGING SERVICE LLC**
100 ENTERPRISE DR
CARBONDALE, PA 18407

**Direct Deposit Advice**
**Check Date**
May 07, 2026

**Voucher Number**
10367

## ***This is not a check***

02244 3000-100-10   11  10367  80
**DANIELLE WORMUTH**
509 CLINTON ST
VANDLING, PA 18421

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**MILLENNIUM PACKAGING SERVICE LLC**
100 ENTERPRISE DR
CARBONDALE, PA 18407

**Earnings Statement**

| | | |
|---|---|---|
| Check Date: | May 21, 2026 |
| Period Beginning: | May 04, 2026 |
| Period Ending: | May 17, 2026 |

**DANIELLE WORMUTH**  Employee Number  11

| | |
|---|---|
| Location | 3000 |
| Building | 100 |
| Shift | 10 |

| | |
|---|---|
| Voucher Number | 10475 |
| Net Pay | 1,283.11 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 0.00 | 80.00 | 1760.00 | 800.00 | 17600.00 |
| **Total Gross Pay** | | **80.00** | **1760.00** | **800.00** | **17600.00** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1760.00 | 25.52 | 255.20 |
| OASDI | | 1760.00 | 109.12 | 1091.20 |
| PA SUI - EE | | 1760.00 | 1.23 | 12.32 |
| Carbondale C(Lackawa | | 1760.00 | 2.00 | 20.00 |
| Vandling B. | | 1760.00 | 17.60 | 176.00 |
| Pennsylvania SITW | | 1760.00 | 54.03 | 540.30 |
| Federal Income Tax | S+$50.00 | 1760.00 | 267.39 | 2673.90 |
| **Total Tax Withholding** | | | **476.89** | **4768.92** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| **No Deductions** | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| 043318092 | xxxxx3764 | 1283.11 |
| **Total Direct Deposits** | | **1283.11** |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | Dollars |
|---|---|---|

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**MILLENNIUM PACKAGING SERVICE LLC**
100 ENTERPRISE DR
CARBONDALE, PA 18407

**Direct Deposit Advice**
**Check Date**   Voucher Number
May 21, 2026   10475

# ***This is not a check***

02244 3000-100-10   11  10475  78
**DANIELLE WORMUTH**
509 CLINTON ST
VANDLING, PA 18421

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**MILLENNIUM PACKAGING SERVICE LLC**
100 ENTERPRISE DR
CARBONDALE, PA 18407

| | | |
|---|---|---|
| Check Date: | June 04, 2026 |
| Period Beginning: | May 18, 2026 |
| Period Ending: | May 31, 2026 |

**DANIELLE WORMUTH**   Employee Number   11

| | | |
|---|---|---|
| Location | 3000 | Voucher Number   10591 |
| Building | 100 | Net Pay   1,283.11 |
| Shift | 10 | |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 0.00 | 80.00 | 1760.00 | 880.00 | 19360.00 |
| **Total Gross Pay** | | 80.00 | 1760.00 | 880.00 | 19360.00 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1760.00 | 25.52 | 280.72 |
| OASDI | | 1760.00 | 109.12 | 1200.32 |
| PA SUI - EE | | 1760.00 | 1.23 | 13.55 |
| Carbondale C(Lackawa | | 1760.00 | 2.00 | 22.00 |
| Vandling B. | | 1760.00 | 17.60 | 193.60 |
| Pennsylvania SITW | | 1760.00 | 54.03 | 594.33 |
| Federal Income Tax | S+$50.00 | 1760.00 | 267.39 | 2941.29 |
| **Total Tax Withholding** | | | 476.89 | 5245.81 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| 043318092 | xxxxx3764 | 1283.11 |
| **Total Direct Deposits** | | 1283.11 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | Dollars |
|---|---|---|

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

---

**MILLENNIUM PACKAGING SERVICE LLC**
100 ENTERPRISE DR
CARBONDALE, PA 18407

**Direct Deposit Advice**
**Check Date**          **Voucher Number**
June 04, 2026                    10591

## ***This is not a check***

02244 3000-100-10   11  10591  78
**DANIELLE WORMUTH**
509 CLINTON ST
VANDLING, PA 18421

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.