Certificate Number: 17082-PAM-DE-041086229

Bankruptcy Case Number: 26-01676



17082-PAM-DE-041086229

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 11, 2026, at 6:45 o'clock PM MST, JOSEPH J WORMUTH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  June 11, 2026

By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director