Certificate Number: 17082-PAM-DE-041086230

Bankruptcy Case Number: 26-01676



17082-PAM-DE-041086230

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 11, 2026</u>, at <u>6:45</u> o'clock <u>PM MST</u>, <u>DANIELLE J WORMUTH</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>June 11, 2026</u>            By:      <u>/s/Orsolya K Lazar</u>

                                         Name:  <u>Orsolya K Lazar</u>

                                         Title:   <u>Executive Director</u>