United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                           Case No. 26-01676-MJC

Joseph Jason Wormuth                                                              Chapter 7

Danielle Wormuth

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                          Page 1 of 4

Date Rcvd: Jun 12, 2026                 Form ID: 309A                            Total Noticed: 49

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##                  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Jason Wormuth, Danielle Wormuth, 509 Clinton St, Vandling, PA 18421-1505 |
| tr | + | Jill E. Durkin, Durkin Law, LLC, (Trustee), 401 Marshbrook Road, Factoryville, PA 18419-9533 |
| 5810463 | | CBNA/Goodyear, Attn: Bankruptcy, Resurgent Correspondence PO Box 1269, Greenville, SC 29602-1269 |
| 5810474 | + | Jordan W Felzer, Esq., American Express Legal, PO Box 1068, Jenkintown, PA 19046-7368 |
| 5810493 | | SYNCB/Amazon, Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 5810498 | | Synchrony Bank, Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | Jun 12 2026 18:40:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | + | EDI: BJEDURKIN | Jun 12 2026 22:39:00 | Jill E. Durkin, Durkin Law, LLC, (Trustee), 401 Marshbrook Road, Factoryville, PA 18419-9533 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Jun 12 2026 18:40:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5810461 | | Email/Text: legal@arsnational.com | Jun 12 2026 18:40:00 | ARS National Services, PO Box 469100, Escondido, CA 92046-9100 |
| 5810462 | + | Email/Text: legal@arsnational.com | Jun 12 2026 18:40:00 | ARS National Services, PO Box 469046, Escondido, CA 92046-9046 |
| 5810458 | + | EDI: GMACFS.COM | Jun 12 2026 22:39:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 5810459 | | Email/PDF: bncnotices@becket-lee.com | Jun 12 2026 18:47:31 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5810460 | | Email/PDF: bncnotices@becket-lee.com | Jun 12 2026 18:47:15 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5810464 | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jun 12 2026 18:40:00 | Cenlar, 425 Phillips Blvd, Ewing, NJ 08618 |
| 5810465 | | Email/Text: correspondence@credit-control.com | Jun 12 2026 18:40:00 | Central Loan Admin & Reporting, PO Box 77404, Ewing, NJ 08628-6404 |
| 5810470 | | Email/Text: correspondence@credit-control.com | Jun 12 2026 18:40:00 | Credit Control LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 5810471 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 12 2026 18:40:00 | Credit Corp Solutions, 121 W Election Rd, Draper, UT 84020-7720 |
| 5810466 | | EDI: PRA.COM | Jun 12 2026 22:39:00 | Citibank N.A., Attn: Bankruptcy, 120 Corporate |

| | | | |
|---|---|---|---|
| | | | Blvd, Norfolk, VA 23502-4952 |
| 5810468 | + Email/Text: mediamanagers@clientservices.com | Jun 12 2026 18:40:00 | Client Services Inc., 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 5810467 | ^ MEBN | Jun 12 2026 18:38:41 | Client Services Inc., 514 Earth City Expy, Suite 310, Earth City, MO 63045-1303 |
| 5810469 | Email/Text: bankruptcydpt@mcmcg.com | Jun 12 2026 18:41:00 | Comenity Capital Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5810472 | EDI: DISCOVER | Jun 12 2026 22:39:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5810473 | + Email/Text: compliance@fhcann.com | Jun 12 2026 18:40:00 | FH Cann & Associates, 100 Domain Dr, Suite 200, Exeter, NH 03833-4904 |
| 5810476 | EDI: JPMORGANCHASE | Jun 12 2026 22:39:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5810475 | EDI: JPMORGANCHASE | Jun 12 2026 22:39:00 | JPMCB Card, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5810477 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 18:47:24 | LVNV Funding, Attn: Bankruptcy, Resurgent Correspondence PO Box 1269, Greenville, SC 29602-1269 |
| 5810478 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 18:47:15 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5810481 | Email/Text: bknotices@mbandw.com | Jun 12 2026 18:40:00 | McCarthy, Burgess & Wolff, 26000 Cannon Rd, Bedford, OH 44146 |
| 5810484 | Email/Text: compliance@monarchrm.com | Jun 12 2026 18:40:00 | Monarch Recovery Management, Inc., 3260 Tillman Dr, Suite 75, Bensalem, PA 19020-2059 |
| 5810480 | EDI: CITICORP | Jun 12 2026 22:39:00 | Macys/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 5810479 | EDI: CITICORP | Jun 12 2026 22:39:00 | Macys/CBNA, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5810483 | Email/Text: bankruptcydpt@mcmcg.com | Jun 12 2026 18:41:00 | Midland Credit Management, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5810486 | EDI: NFCU.COM | Jun 12 2026 22:39:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 5810485 | EDI: NFCU.COM | Jun 12 2026 22:39:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 5810489 | EDI: PRA.COM | Jun 12 2026 22:39:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5810487 | ^ MEBN | Jun 12 2026 18:38:24 | Patenaude & Felix APC, 9619 Chesapeake Dr, Suite 300, San Diego, CA 92123-1392 |
| 5810488 | ^ MEBN | Jun 12 2026 18:38:37 | Patenaude & Felix, A.P.C., 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 5810490 | + Email/Text: ngisupport@radiusgs.com | Jun 12 2026 18:40:00 | Radius Global Solutions, 7831 Glenroy Rd, Suite 250, Minneapolis, MN 55439-3117 |
| 5810491 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 18:47:15 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5810494 | EDI: SYNC | Jun 12 2026 22:39:00 | SYNCB/Care Credit, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 5810495 | + EDI: SYNC | Jun 12 2026 22:39:00 | SYNCB/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5810497 | + EDI: SYNC | Jun 12 2026 22:39:00 | SYNCB/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5810496 | EDI: SYNC | | |

District/off: 0314-5

Date Rcvd: Jun 12, 2026

User: AutoDocke

Form ID: 309A

Page 3 of 4

Total Noticed: 49

| | | Jun 12 2026 22:39:00 | SYNCB/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|
| 5810492 | Email/Text: courts@scott-pc.com | Jun 12 2026 18:41:00 | Scott & Associates, PO Box 115220, Carrollton, TX 75011-5220 |
| 5810499 | EDI: PRA.COM | Jun 12 2026 22:39:00 | Synchrony Bank, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5810500 | EDI: CITICORP | Jun 12 2026 22:39:00 | THD/CBNA, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5810501 | EDI: CITICORP | Jun 12 2026 22:39:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5810502 | + Email/Text: BAN5620@UCBINC.COM | Jun 12 2026 18:40:00 | United Collection Bureau Inc., 5620 Southwyck Blvd, Toledo, OH 43614-1501 |
| 5810503 | Email/Text: BAN5620@UCBINC.COM | Jun 12 2026 18:40:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5810482 | ## | Michael J Dougherty, Esq, Weltman, Weinberg & Reis Co. L.P.A., 170 S Independence Mall W Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 2 Danielle Wormuth usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Joseph Jason Wormuth usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

District/off: 0314-5

Date Rcvd: Jun 12, 2026

TOTAL: 4

User: AutoDocke

Form ID: 309A

Page 4 of 4

Total Noticed: 49

| | | |
|---|---|---|
| Debtor 1: | Joseph Jason Wormuth | Social Security number or ITIN: xxx–xx–6671 |
| | First Name    Middle Name    Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: | Danielle Wormuth | Social Security number or ITIN: xxx–xx–3925 |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: 7    6/11/26 |
| Case number: | 5:26–bk–01676–MJC | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joseph Jason Wormuth | Danielle Wormuth |
| 2. | **All other names used in the last 8 years** | aka Joseph Wormuth, aka Joe Wormuth, aka Joseph J Wormuth, aka Jason Wormuth, dba Independence Woodcraft | aka Danielle J Wormuth, aka Danielle Joy Wormuth |
| 3. | **Address** | 509 Clinton St Vandling, PA 18421 | 509 Clinton St Vandling, PA 18421 |
| 4. | **Debtor's attorney** Name and address | Carlo Sabatini Sabatini Law Firm, LLC 216 N. Blakely St. Dunmore, PA 18512 | Contact phone 570–341–9000 Email:  usbkct@bankruptcypa.com |
| 5. | **Bankruptcy trustee** Name and address | Jill E. Durkin Durkin Law, LLC (Trustee) 401 Marshbrook Road Factoryville, PA 18419 | Contact phone 570–881–4158 Email:  jilldurkinesq@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

**Receiving Court Issued Orders and Notices by E–Mail:**   (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (https://www.pamb.uscourts.gov/receive–court–notices–and–orders–email–debn ), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | |
|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 |

Hours open:
Monday – Friday 9:00 AM to 4:00 PM

Contact phone (570) 831–2500

Date: 6/12/26

---

**7. Meeting of creditors**

Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.

**\*Valid photo ID and proof of Social Security number are required\***

**Date:  July 21, 2026 at 08:30 AM**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

For additional information use the QR code or visit:

https://www.justice.gov/ust/ust–regions–r03/region–3–section–341–meetings–0#TrusteeZoom

The Court does not endorse or exercise any responsibility of the content at this link.

**Location:**

Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 819 597 0379, Click on Join using passcode 6228655530, or call 1–272–239–0678



---

**8. Presumption of abuse**

If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.

The presumption of abuse does not arise.

---

**9. Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**Filing deadline: 9/19/26**

**You must file a complaint:**
• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or
• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**
• if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

---

**10. Proof of claim**

Please do not file a proof of claim unless you receive a notice to do so.

No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

---

**11. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

---

**12. Exempt property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.

---