**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

IN RE:

Joseph Jason Wormuth aka Joe Wormuth dba
Independence Woodcraft aka Joseph J Wormuth
aka Joseph Wormuth aka Jason Wormuth
Danielle Wormuth aka Danielle J Wormuth aka
Danielle Joy Wormuth

Debtor(s).

Case No. 5:26-bk-01676-MJC
Chapter 7

**NOTICE OF APPEARANCE**

**CitiMortgage, Inc.**, a Secured Creditor in the above styled proceeding, hereby requests that

all matters which must be noticed to creditors, any creditors' committees, and any other

parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other

party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the

following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 17th day of June, 2026, to the following:

Carlo Sabatini
Sabatini Law Firm,LLC
216 N. Blakely Street
Dunmore, PA 18512
usbkct@bankruptcypa.com
**Attorney for Debtor(s)**

Jill E. Durkin
401 Marshbrook Road
Factoryville, PA 18419
jilldurkinesq@gmail.com
**Chapter 7 Trustee**

Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
123@gmail.com
**U.S. Trustee**

and by standard first class mail postage prepaid to:

Joseph Jason Wormuth aka Joe Wormuth dba Independence Woodcraft aka Joseph J Wormuth aka Joseph Wormuth aka Jason Wormuth
509 Clinton St
Vandling, PA 18421

Danielle Wormuth aka Danielle J Wormuth aka Danielle Joy Wormuth
509 Clinton St
Vandling, PA 18421
**Debtor(s)**

By:      _/s/ Steven K. Eisenberg_
       Steven K. Eisenberg, Esquire