# SABATINI LAW FIRM, LLC

**CARLO SABATINI**
**KRISTIN SABATINI**

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
**Satellite Office:** Wilkes-Barre 823-9000

June 22, 2026

Bankruptcy Clerk's Office
U.S. Bankruptcy Court
197 S. Main St.
Wilkes-Barre, PA 18701

**RE: In re Joseph & Danielle Wormuth**
**U.S. Bankruptcy Court Case No. 5:26−bk−01676−MJC**

Dear Sir or Madam:

The notice sent to Michael J Dougherty in the above case was returned to our office because the address was incorrect. Kindly change the address for Michael J Dougherty on the mailing matrix to the following:

OLD ADDRESS:
Michael J Dougherty
Weltman, Weinberg & Reis Co., L.P.A.
170 S Independence Mall W Ste. 874W
Philadelphia, PA 19106-3334

NEW ADDRESS:
Michael J Dougherty
Weltman, Weinberg & Reis Co., L.P.A.
520 Walnut St., Ste. 1355
Philadelphia, PA 19106

Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Sincerely yours,

s/Tiffany Bator
Tiffany Bator
Paralegal

/tb