Carlo Sabatini, ID # 83831
Attorney for Debtors
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re  Joseph & Danielle Wormuth, Debtors | Chapter 7 |
| | Case No. 5:26−bk−01676−MJC |

## CERTIFICATE OF SERVICE

I, Ashley Weisenfluh, hereby certify that I am today serving a true and correct copy of

Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines upon the below creditor

by depositing said document in the United States mail, first class, postage prepaid, addressed as

follows:

Michael J Dougherty
Weltman, Weinberg & Reis Co., L.P.A.
520 Walnut St., Ste. 1355
Philadelphia, PA 19106

Dated: June 22, 2026

/s/Ashley Weisenfluh
Ashley Weisenfluh
Paralegal