United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01676-MJC
Joseph Jason Wormuth Chapter 7
Danielle Wormuth
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Oct 07, 2026 Form ID: 318 Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Jason Wormuth, Danielle Wormuth, 509 Clinton St, Vandling, PA 18421-1505 |
| cr | + | CitiMortgage, Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 5810463 | | CBNA/Goodyear, Attn: Bankruptcy, Resurgent Correspondence PO Box 1269, Greenville, SC 29602-1269 |
| 5810474 | + | Jordan W Felzer, Esq., American Express Legal, PO Box 1068, Jenkintown, PA 19046-7368 |
| 5810493 | | SYNCB/Amazon, Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 5810498 | | Synchrony Bank, Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 07 2026 22:56:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5810461 | | Email/Text: legal@arsnational.com | Oct 07 2026 18:57:00 | ARS National Services, PO Box 469100, Escondido, CA 92046-9100 |
| 5810462 | + | Email/Text: legal@arsnational.com | Oct 07 2026 18:57:00 | ARS National Services, PO Box 469046, Escondido, CA 92046-9046 |
| 5811132 | + | EDI: AISACG.COM | Oct 07 2026 22:56:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5810458 | + | EDI: GMACFS.COM | Oct 07 2026 22:55:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 5810459 | | Email/PDF: bncnotices@becket-lee.com | Oct 07 2026 19:02:14 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5810460 | | Email/PDF: bncnotices@becket-lee.com | Oct 07 2026 19:02:29 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5810464 | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Oct 07 2026 18:57:00 | Cenlar, 425 Phillips Blvd, Ewing, NJ 08618 |
| 5810465 | | Email/Text: correspondence@credit-control.com | Oct 07 2026 18:57:00 | Central Loan Admin & Reporting, PO Box 77404, Ewing, NJ 08628-6404 |
| 5810470 | | Email/Text: correspondence@credit-control.com | Oct 07 2026 18:57:00 | Credit Control LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 5810471 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 07 2026 18:57:00 | Credit Corp Solutions, 121 W Election Rd, Draper, UT 84020-7720 |
| 5811661 | ^ | MEBN | Oct 07 2026 18:51:44 | CitiMortgage, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5810466 | | EDI: PRA.COM | Oct 07 2026 22:56:00 | Citibank N.A., Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |

| | | | | |
|---|---|---|---|---|
| 5810468 | + | Email/Text: mediamanagers@clientservices.com | Oct 07 2026 18:57:00 | Client Services Inc., 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 5810467 | ^ | MEBN | Oct 07 2026 18:51:54 | Client Services Inc., 514 Earth City Expy, Suite 310, Earth City, MO 63045-1303 |
| 5810469 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2026 18:57:00 | Comenity Capital Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5810472 | | EDI: DISCOVER | Oct 07 2026 22:55:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5810473 | + | Email/Text: compliance@fhcann.com | Oct 07 2026 18:57:00 | FH Cann & Associates, 100 Domain Dr, Suite 200, Exeter, NH 03833-4904 |
| 5810476 | | EDI: JPMORGANCHASE | Oct 07 2026 22:55:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5810475 | | EDI: JPMORGANCHASE | Oct 07 2026 22:55:00 | JPMCB Card, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5810477 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2026 19:02:14 | LVNV Funding, Attn: Bankruptcy, Resurgent Correspondence PO Box 1269, Greenville, SC 29602-1269 |
| 5810478 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2026 19:02:04 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5810481 | | Email/Text: bknotices@mbandw.com | Oct 07 2026 18:57:00 | McCarthy, Burgess & Wolff, 26000 Cannon Rd, Bedford, OH 44146 |
| 5810484 | | Email/Text: compliance@monarchrm.com | Oct 07 2026 18:57:00 | Monarch Recovery Management, Inc., 3260 Tillman Dr, Suite 75, Bensalem, PA 19020-2059 |
| 5810480 | | EDI: CITICORP | Oct 07 2026 22:56:00 | Macys/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 5810479 | | EDI: CITICORP | Oct 07 2026 22:56:00 | Macys/CBNA, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5810482 | ^ | MEBN | Oct 07 2026 18:51:55 | Michael J Dougherty Esq, Weltman Weinberg & Reis Co LPA, 520 Walnut St Ste 1355, Philadelphia, PA 19106-3602 |
| 5810483 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2026 18:57:00 | Midland Credit Management, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5810486 | | EDI: NFCU.COM | Oct 07 2026 22:56:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 5810485 | | EDI: NFCU.COM | Oct 07 2026 22:56:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 5810489 | | EDI: PRA.COM | Oct 07 2026 22:56:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5810487 | ^ | MEBN | Oct 07 2026 18:51:40 | Patenaude & Felix APC, 9619 Chesapeake Dr, Suite 300, San Diego, CA 92123-1392 |
| 5810488 | ^ | MEBN | Oct 07 2026 18:51:50 | Patenaude & Felix, A.P.C., 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 5810490 | + | Email/Text: ngisupport@radiusgs.com | Oct 07 2026 18:57:00 | Radius Global Solutions, 7831 Glenroy Rd, Suite 250, Minneapolis, MN 55439-3117 |
| 5810491 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2026 19:02:15 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5810494 | | EDI: SYNC | Oct 07 2026 22:55:00 | SYNCB/Care Credit, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 5810495 | + | EDI: SYNC | Oct 07 2026 22:55:00 | SYNCB/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5810497 | + | EDI: SYNC | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 07 2026 22:55:00 | SYNCB/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5810496 | | EDI: SYNC | Oct 07 2026 22:55:00 | SYNCB/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5810492 | | Email/Text: courts@scott-pc.com | Oct 07 2026 18:57:00 | Scott & Associates, PO Box 115220, Carrollton, TX 75011-5220 |
| 5810499 | | EDI: PRA.COM | Oct 07 2026 22:56:00 | Synchrony Bank, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5810500 | | EDI: CITICORP | Oct 07 2026 22:56:00 | THD/CBNA, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5810501 | | EDI: CITICORP | Oct 07 2026 22:56:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5810502 | + | Email/Text: BAN5620@UCBINC.COM | Oct 07 2026 18:57:00 | United Collection Bureau Inc., 5620 Southwyck Blvd, Toledo, OH 43614-1501 |
| 5810503 | | Email/Text: BAN5620@UCBINC.COM | Oct 07 2026 18:57:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 2 Danielle Wormuth usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Joseph Jason Wormuth usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| Steven K Eisenberg | on behalf of Creditor CitiMortgage Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |

United States Trustee ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

**Information to identify the case:**

Debtor 1 Joseph Jason Wormuth
First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–6671
EIN _ _–_ _ _ _ _ _ _

Debtor 2 (Spouse, if filing) Danielle Wormuth
First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–3925
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court Middle District of Pennsylvania

Case number: 5:26–bk–01676–MJC

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph Jason Wormuth
aka Joseph Wormuth, aka Joe Wormuth, aka Joseph J Wormuth, aka Jason Wormuth, dba Independence Woodcraft

Danielle Wormuth
aka Danielle J Wormuth, aka Danielle Joy Wormuth

10/7/26

**By the court:**



Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**